**Dean E. Johnson [CSBN 114065]**
**600 Allerton Street, Suite 202**
**Redwood City, CA 94063**
**Phone: (650) 216-7155**
**Fax: (650) 216-7355**

Attorney for Defendant
PETER WONG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0483 EMC |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST FOR SETTING OF** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | [P~~ROP~~OSED] ORDER |
| MANDY NATCHI YAGI and PETER ) | |
| ) | |
| WONG, ) | |
| | |
| Defendants. | |

The parties respectfully stipulate as follows:

1. Trial in this matter is set for July 22, 2013. Pretrial filings are due beginning on June 18, and a pretrial conference is set for July 9.

2. The foregoing dates were set following the Court's grant of the parties' stipulated request for continuance of jury trial. The parties made the stipulated request in the wake of a settlement conference that failed to resolve the case. Since settlement talks have failed, the government has stated its intention to seek a superseding indictment. The parties agreed that the close proximity of then-existing trial and pretrial dates warranted continuance of the trial.

```
                                        Stipulation/[Proposed] Order - 1
```

3. After this Court granted the parties' request to continue the present case to July 22nd, the Alameda County court set a jury trial for July 1st in a case in which counsel for Mr. Wong is trial counsel. The Alameda court set this matter on that date even though counsel for Mr. Wong advised the Alameda court of the potential conflict with the present case. Counsel for Mr. Wong believes this creates a scheduling conflict that warrants continuing trial in the instant matter to this Court's next available date, which would be October 28, 2013. Counsel for Ms. Yagi agrees. Counsel for the government disagrees.

4. To resolve this scheduling disagreement, the parties respectfully request that this matter be placed on the Court's calendar on Wednesday, April 10, 2013, at 2:30 p.m., for a status conference. Counsel for Mr. Wong and counsel for the government are available to appear that day. Counsel for Ms. Yagi has authorized counsel for Mr. Wong to appear for her.

IT IS SO STIPULATED.

Dated: April 5th, 2013

/s/_____
Dean E. Johnson
Attorney for Defendant Peter Wong

Dated: April 5th, 2013

/s/_____
Gina Tonnen
Attorney for Defendant Mandy Natchi Yagi

Dated: April 5th, 2013

/s/_____
Andrew Caputo
Assistant United States Attorney

`Stipulation/[Proposed] Order` - 2

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown, this matter is set for status conference on April 10, 2013 at 2:30 PM.

Dated: April __8__, 2013



_____
HON. EDWARD M. CHEN
United States District Judge