MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANDY NATCHI YAGI and PETER WONG,<br><br>    Defendant. | No. CR 12-0483 EMC<br><br>STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE, AND [PROPOSED] ORDER |

The parties respectfully stipulate as follows:

1. At the last calling of the case, the Court set this matter for a status conference on April 26, after the United States specified its intention to seek a superseding indictment by April 25.

2. The United States has just notified defendants' counsel that its timetable has been delayed by one week and that it now expects to seek a superseding indictment on May 2.

3. Since the purpose of the scheduled status conference is to address scheduling matters in the wake of a superseding indictment, the United States respectfully recommends that the status conference be continued to the Court's regular criminal law and motion calendar on

STIP. & [PROP.] ORDER
CR 12-0483 EMC

May 8, 2013. Defendants Mandy Natchi Yagi and Peter Wong agree to this scheduling request.

    4.    Accordingly, the parties respectfully ask the Court to continue the currently scheduled status conference to Wednesday, May 8, 2013, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: April 24, 2013            _____/s/_____
                                             GINA TENNEN
                                             Attorney for Defendant Mandy Natchi Yagi

DATED: April 24, 2013            _____/s/_____
                                             DEAN JOHNSON
                                             Attorney for Defendant Peter Wong

DATED: April 24, 2013            _____/s/_____
                                             ANDREW P. CAPUTO
                                             Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, the status conference in this matter is hereby continued to May 8, 2013, at 2:30 p.m.

IT IS SO ORDERED.

DATED: April 25, 2013            _____
                                             EDWARD M. CHEN
                                             United States

*IT IS SO ORDERED.*
*Judge Edward M. Chen*