Dean E. Johnson
Attorney at Law
600 Allerton Street-Suite 202
Redwood City, CA 94063
(650) 216-7155
State Bar No. 114065
dean@deanjohnsonattorney.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETER WONG,<br><br>    Defendant. | No. CR 12-0483 EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER**<br><br>Hon. Edward M. Chen |

Defendant Peter Wong and the United States respectfully stipulate as follows:

1.    The Court has indicated that it will extend the deadline for filing post-trial motions under Federal Rules of Criminal Procedure 29(c) and 33, in order to enable defendant Wong to obtain a copy of the trial transcript prior to filing his motions.

2.    At the direction of the Court's staff, the parties have met and conferred and agreed upon a briefing schedule for the motions. Under this schedule, Wong's post-trial motions shall be filed by January 22, 2014. The government shall respond by February 5, 2014. Wong shall file any replies by February 12, 2014.

3.    Based on the briefing schedule set out in the previous paragraph, the Court's staff has specified that the hearing on the post-trial motions will be held on

February 26, 2014, at 3:00 p.m. The Court's staff has also specified that sentencing will be continued to March 19, 2014, at 2:30 p.m. These dates and the briefing schedule from the previous paragraph are specified in the proposed order below.

IT IS SO STIPULATED.

Dated: December 3rd, 2013

/s/_____
Dean E. Johnson
Attorney for Defendant Peter Wong

Dated: December 3rd, 2013

/s/_____
Andrew Caputo
Assistant United States Attorney

## [PROPOSED] ORDER

The deadline for filing post-trial motions under Federal Rules of Criminal Procedure 29(c) and 33 is hereby extended to January 22, 2014. The government shall respond by February 5, 2014. Defendant Peter Wong shall file any replies by February 12, 2014. The post-trial motions shall be heard on February 26, 2014, at 3:00 p.m. Sentencing is continued to March 19, 2014, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 12/4/13

_____
HON. EDWARD M. CHEN
United States District Court Judge

GRANTED
Judge Edward M. Chen
United States District Court
Northern District of California

Stipulation and [Proposed] Order - 2